# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00599-CV

**Richard J. Zenteno, Appellant**

**v.**

**Autoland Scientech USA, Inc., Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 15-0672-C26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

This appeal was suspended in 2016 after the Court received notice of a related bankruptcy and its automatic stay of this appellate proceeding. *See* Tex. R. App. P. 8.1, 8.2. After the case was suspended, no party to this appeal sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed, and therefore, we have reinstated the appeal.

On August 28, 2018, the Clerk of this Court sent notice to the parties that this appeal would be dismissed for want of prosecution unless a status report was filed on or before September 7, 2018, that provided reason to retain this appeal. *See* Tex. R. App. P. 42.3(b). Appellant Richard J. Zenteno responded that the parties have resolved their dispute and that he wishes to withdraw the appeal and has no objection to its dismissal. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

 

                                                      _____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   October 4, 2018